PROVIDENCIA GARCIA, ADMINISTRATRIX (ESTATE OF FIDEL GARCIA), ET AL. *v.* WESTINGHOUSE ELECTRIC CORPORATION

The motion by the named plaintiff to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Charles M. Needle,* for the appellee (named plaintiff).

*Gregory C. Willis,* for the appellant (defendant).

Argued October 4—decided November 2, 1966

The motion by the defendant to amend the appeal from the Superior Court in Fairfield County is granted.

*Gregory C. Willis,* on the motion.

Submitted November 2—decided November 2, 1966